OPINION — AG — **** THE BOARD OF CONTROL OF A COUNTY HOSPITAL DOES NOT HAVE THE AUTHORITY TO ENTER INTO A CONTRACT WHEREBY IT AGREES TO GUARANTEE A CERTAIN SUM OF MONEY FOR A DEFINITE PERIOD OF TIME TO A PRIVATE PRACTICING PHYSICIAN WITHOUT RENDERING SERVICE TO THE HOSPITAL OR COUNTY. CITE: 19 O.S. 1971 781 [19-781], 11 O.S. 1975 Supp., 790.1 [11-790.1], 19 O.S. 1971 792 [19-792] (DAVID K. MCCURDY)